# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM MCBROOM STEES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14-cv-00133-GZS |
| | ) |
| GUARD, MAINE STATE PRISON et als., | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed August 28, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

(1) That Defendants Sgt. Allen (as distinguished from David Allen), Officer Nickleson, Officer Brain, Dr. Fine and Mrs. Joy are hereby **DISMISSED**.

(2) Defendant's Motion to Amend Complaint (ECF No. 26) is **GRANTED** to the extent Officer Mendoza is dismissed as a party and **DENIED** as futile in all other respects.

      /s/ George Z. Singal
      United States District Judge

Dated this 30th day of September, 2014.